IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY GARFINKLE and EMILY GARFINKLE,

       Plaintiffs,

  v.

JP MORGAN CHASE BANK and CALIFORNIA RECONVEYANCE COMPANY,

       Defendants.
                                          /

No. C 11-01636 CW

ORDER VACATING JUNE 23, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS AND REQUIRING THE PARTIES TO HOLD A TELEPHONE CONFERENCE WITH THE ADR UNIT

    On April 26, 2011, the Court referred this case to the Alternative Dispute Resolution (ADR) Unit for mediation or a settlement conference.  Docket No. 15.  The Court ordered the parties to participate in a telephone conference with the ADR Unit before May 27, 2011.  Id.

    After the Court issued its order, Defendants renoticed their motion to dismiss for a hearing on June 23, 2011.  Docket No. 16. Yet, thus far, the parties have failed to participate in the required ADR telephone conference.  Accordingly, the parties shall confer with the ADR Unit on June 9, 2011 at 10:30 am, as earlier noticed by the ADR Clerk.

Plaintiffs have also failed to respond to Defendants' motion to dismiss.  Plaintiffs shall file their opposition to Defendants' motion by June 10, 2011, or face dismissal for failure to prosecute.  In the event that Plaintiffs submit an opposition by the deadline, Defendants' reply is June 17, 2011.  The hearing set for June 23, 2011 is VACATED.  The motion is taken under submission on the papers.

IT IS SO ORDERED.

Dated: 6/3/2011

_____
CLAUDIA WILKEN
United States District Judge

2