IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

BARRY GARFINKLE, et al.,            No. C 11-01636 CW

     Plaintiffs,               ORDER RE: COURT
                                   CONNECTED MEDIATION
  v.

JPMORGAN CHASE BANK, et al.,

     Defendants.
                                      /

     The Court at the recommendation of ADR unit refers this case to court-connected mediation.  Mediation shall occur within 90 days from the date of this order.

Dated: 6/20/2011

                                    CLAUDIA WILKEN
                                    United States District Judge

cc: ADR