IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BARRY GARFINKLE and EMILY GARFINKLE,<br><br>          Plaintiffs,<br><br>     v.<br><br>JPMORGAN CHASE BANK, et al.,<br><br>          Defendants.<br>_____/ | No. C 11-01636 CW<br><br>ORDER DISMISSING CASE FOR FAILURE TO PROSECUTE |

     On July 26, 2011, the Court granted Defendants' motion to dismiss and granted Plaintiffs leave to amend their claims for breach of contract and violation of California Civil Code § 2923.5, within fourteen days from the date of the order.  The Court explained that, if Plaintiffs did not file their amended complaint within this time period, their action would be dismissed for failure to prosecute.

     On July 27, 2011, Glen Moss, Plaintiffs' counsel, wrote a letter to the Court requesting that he be given an extension of time, up to August 18, 2011, to file an amended complaint.

     More than one week has passed since August 18, 2011 and Plaintiffs have not filed an amended complaint.  Therefore, this action is dismissed for failure to prosecute.

     IT IS SO ORDERED.

Dated: 8/26/2011

CLAUDIA WILKEN
United States District Judge